**Thomas Allen STORMER,**
**Plaintiff–Appellant,**

v.

**VA BEACH CORRECTIONAL CEN-**
**TER MEDICAL DEPT; Abdul Jam-**
**aludeen, Doctor, Virginia Beach**
**Correctional Center; Catherine Cart-**
**wright, LLS/LLS, Virginia Beach**
**Correctional Center, Defendants–Ap-**
**pellees.**

**No. 14–6644.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Thomas Allen Stormer, Appellant Pro
Se.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Thomas Allen Stormer seeks to appeal
the district court's order dismissing his 42
U.S.C. § 1983 (2012) complaint. We dis-
miss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on March 7, 2014. The
notice of appeal was filed on April 21,
2014.* Because Stormer failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that
the date appearing on the notice of appeal is
the earliest date it could have been properly
delivered to prison officials for mailing to the
court. Fed. R.App. P. 4(c); *Houston v. Lack,*
487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988).